**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6685

PEDRO GARCIA QUINTERO,

Petitioner - Appellant,

versus

RANDALL E. LEE,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-96-984-5-H)

Submitted:  October 10, 1997          Decided:  October 24, 1997

Before HALL, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Pedro Garcia Quintero, Appellant Pro Se. Clarence Joe DelForge III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals a district court order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] <u>Quintero v. Lee</u>, No. CA-96-984-5-H (E.D.N.C. May 1, 1997). We also deny Appellant's motion for a certificate of probable cause. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

   [*] We note that in adopting the magistrate judge's memorandum and recommendation in total, the petition was dismissed without prejudice.

2